UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA DAVE GIPAN MALING, | No. 2:16-cv-1263-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| JEH CHARLES JOHNSON, et al., | |
| Respondents. | |

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents have requested an extension of time to file their responsive pleading.

Good cause appearing, it is ORDERED that respondents' request (ECF No. 11) is granted and respondents have until August 11, 2016 in which to file their responsive pleading.

Dated: July 25, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE