UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA DAVID GIPAN MALING,<br><br>Petitioner,<br><br>v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>Respondents. | No. 2:16-cv-1263-JAM-EFB P<br><br><br><br>ORDER |

Petitioner brought this action for writ of habeas corpus seeking release from immigration detention. The petition was denied and judgment was entered accordingly on July 17, 2017. ECF Nos. 29, 30. On July 31, 2017, petitioner filed a "Motion to Make Additional Findings and Amend the Judgment." ECF No. 31. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 5, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 5, 2017, are adopted in full; and

2. Petitioner's July 31, 2017 "Motion to Make Additional Findings and Amend the Judgment" (ECF No. 31) is DENIED.

DATED: 12/19/2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE