UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA DAVE GIPAN MALING,<br><br>Petitioner,<br><br>v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>Respondents. | No. 2:16-cv-1263-JAM-EFB P<br><br><br><br>ORDER |

Petitioner brought this action for writ of habeas corpus seeking release from immigration detention. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 21, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed , are adopted in full; and

2. Petitioner's motion for release pending appeal (ECF No. 38) is DENIED.

DATED: April 26, 2018

/s/ John A. Mendez_____ \_\_\_\_\_ \_\_\_\_\_

UNITED STATES DISTRICT COURT JUDGE

1